UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 19-CR-131-11 (PAE)
:
MEGAN MOREAU : SCHEDULING ORDER
:
Defendants. :
:
------------------------------------------------------------------ :
X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **March 17, 2021** at **11:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 11, 2021
       New York, New York