THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com
cdecastro@cdecastrolaw.com

May 1, 2021

*Via* E-Mail

The Honorable Paul A. Engelmayer
U.S. District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Magen Moreau*, 19 Cr. 131 (PAE)

Dear Judge Engelmayer,

I write to request an adjournment of the violation of supervised release conference / hearing scheduled for May 13, 2021. The government consents to this request. Ms. Moreau continues to be supervised, however, she was recently exposed to someone who tested positive for COVID-19 and has been in a New York City isolation hotel. She is due to be released from isolation/quarantine in the coming days and can resume more regular supervision. Accordingly, we request that the May 13, 2021 proceeding be adjourned approximately sixty days to July 14, 15, or 17, 2021, if the Court is available.

Respectfully submitted,

/s/

César de Castro

**GRANTED.** The conference is adjourned to July 15, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 771.

SO ORDERED.

5/3/2021

PAUL A. ENGELMAYER
United States District Judge