```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
            -v-                                     :      19-CR-131-11 (PAE)
                                                    :
MAGEN MOREAU,                                       :      SCHEDULING ORDER
                                                    :
                                                    :
                    Defendant.                      :
                                                    :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a telephonic conference in this case for **July 13, 2021** at **2:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

Dated: July 12, 2021
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge